AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 22 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America<br>v.<br>RICARDO PATINO<br>YOB: 1975<br>CITIZENSHIP: UNITED STATES<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>M-19- 2567 -M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Oct 30 - Oct 31, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. 846 | Conspiracy to manufacture, distribute, or dispense, a controlled substance. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by Robert Guerra AUSA

Sworn to before me and signed in my presence.

Date: *October 22, 2019 4:25 pm*

City and state: McAllen, Texas

_____
Complainant's signature

Jacob W. Frey, Special Agent, FBI
*Printed name and title*

_____
Judge's signature

Peter E. Ormsby, United States Magistrate Judge
*Printed name and title*

ATTACHMENT A

AFFIDAVIT IN SUPPORT

1. On October 30, 2018, McAllen FBI Special Agents and other personnel conducted a controlled narcotics purchase which was coordinated through Ricardo PATINO.

2. Prior to October 30, 2018, PATINO had arranged for the purchase of 1 kilogram of Methamphetamine from both known and unknown individuals in Houston, Texas. Based on PATINO's instructions, law enforcement went to various locations in Houston and supervised a meeting where one kilogram of methamphetamine was purchased for $4300 from an individual who was PATINO's contact.

3. On October 31, 2018, Agents supervised a meeting in Edinburg, Texas where PATINO was paid $1,700 for his role in facilitating the purchase of the controlled substance.

Special Agent Jacob W. Frey
Federal Bureau of Investigation

THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

1